United States District Court
For the Eastern District of Michigan

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 QUIYEMABI SUMMERLIN,
D-2 SAMANTHA CHRISTINE GILLIAM,
    Defendants.

No. 21-cr-20665

Hon. Terrence G. Berg

## Order Granting Motion for No Contact Order

Defendant Quiyemabi Summerlin has had continued contact with co-defendant Samantha Gilliam, despite Gilliam's no contact condition of bond, and has had contact with victims and/or witnesses in this case. The government requested that the Court issue an order for Summerlin to have no contact with Gilliam or any victims or witnesses in this case. (ECF No. 33). At a hearing held on October 25, 2022, Summerlin's attorney did not object to the entry of such an order.

Accordingly, it is hereby ORDERED that defendant Quiyemabi Summerlin have no contact, in any form including through family or friends, with co-defendant Samantha Gilliam.

1

It is further ORDERED that defendant Quiyemabi Summerlin have no contact, in any form and including through family and friends, with any victims, witnesses, or people who may become victims or witnesses in the above-styled case.

IT IS SO ORDERED.

/s/Terrence G. Berg
_____
Terrence G. Berg
U.S. District Judge

Dated: January 27, 2023.  NUNC PRO TUNC October 25, 2022